UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TODD JOHNSON, | No. 2:26-cv-00616-DC-AC (PS) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| BARACK HUSSEIN OBAMA, | (Doc. Nos. 3, 6) |
| Defendant. | |

Plaintiff Christopher Todd Johnson is proceeding *pro se* in this matter. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 18, 2026, Plaintiff filed a motion for a temporary restraining order. (Doc. No. 3.) On May 5, 2026, the magistrate judge filed findings and recommendations recommending Plaintiff's complaint and motion for a temporary restraining order be dismissed as frivolous. (Doc. No. 6.) The findings and recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 21 days. (*Id*. at 4.) On May 7, 2026, Plaintiff filed a letter to the court that reiterates his general grievances against Defendant, which the magistrate judge already addressed in the May 5, 2026 findings and recommendations. (Doc. No. 9.)To date, Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be

1

supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 6) filed May 5, 2026, are ADOPTED in full;

2. The complaint (Doc. No. 1) and the motion for a temporary restraining order (Doc. No. 3) are DISMISSED as frivolous; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 30, 2026**

_____
Dena Coggins
United States District Judge